UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

MAR 26 2007

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

BRYAN JACOBSON,

   Plaintiff,

v.

WASHINGTON STATE UNIVERSITY, a State agency; and THE STATE OF WASHINGTON,

   Defendants.

No. CV-05-0092-FVS

VERDICT FORM

ORIGINAL

We, the jury, answer the questions submitted by the Court as follows:

  QUESTION 1:  Do you find that Defendant Washington State University discharged the Plaintiff in retaliation for engaging in a protected activity as defined in these instructions?

        ANSWER:  Yes ☒  No ☐

<u>If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, sign and date the verdict form, then notify the bailiff that you have reached a verdict.</u>

  QUESTION 2:  What amount of damages is necessary to compensate the Plaintiff for the wages and other employment benefits, if any, that he lost as a result of his discharge?

            $ _96,000.00_

  QUESTION 3:  What amount of damages is necessary to compensate

VERDICT FORM- 1

the Plaintiff for wages and other employment benefits, if any, that he will lose with reasonable probability in the future as a result of his discharge?

$ 0

QUESTION 4:    What additional amount of damages, if any, is necessary to reasonably and fairly compensate Bryan Jacobson for any injuries caused by his discharge that were not considered in Questions 2 and 3?

$ 0

<u>If, BUT ONLY IF, you answered "Yes" to Question 1, but did not award any damages in Question 2, Question 3, or Question 4, proceed to Question 5.  If you awarded any damages in Question 2, Question 3, or Question 4 DO NOT answer Question 5 and instead sign and date the verdict form, then notify the bailiff that you have reached a verdict.</u>

QUESTION 5: Please assess nominal damages in accordance with the provisions of these instructions.

$ _____

**DATED** this  26  day of March, 2007.

VERDICT FORM- 2