AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

v.

**AMENDED**

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to       before the Court. The issues have been        and a decision has been rendered.

---

*Date*

*Clerk*

*(By) Deputy Clerk*