UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN JACOBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>WASHINGTON STATE UNIVERSITY,<br><br>　　　　　Defendant. | No. CV-05-092-FVS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

　　**MAGISTRATE JUDGE IMBROGNO** having filed a Report and Recommendation **(Ct. Rec. 250)** on July 1, 2008; the parties having filed no objections; Now, therefore

　　**IT IS HEREBY ORDERED:**

　　The Report and Recommendation **(Ct. Rec. 250) is ADOPTED in its entirety**.

　　**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

　　**DATED** this ___21st___ day of July, 2008.

　　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1